**UNITED STATES of America,**
**Appellee,**

v.

**Narin Prasert VONG, Appellant.**

**No. 01–3630.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 5, 2002.

Filed June 10, 2002.

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

PER CURIAM.

Narin Prasert Vong appeals the district court's [1] denial of his motion for a new trial under Federal Rule of Criminal Procedure 33. The district court's decision rests on credibility determinations, which we have not been persuaded to disturb; hence, we find no abuse of discretion. *See United States v. Grey Bear,* 116 F.3d 349, 350–51 (8th Cir.1997). Accordingly, we affirm the judgment of the district court, and we deny as moot Vong's motion for release pending appeal.

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.